UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) | CASE NO.: 1:05CV1696 |
| Plaintiff, | ) | |
| v. | ) | JUDGE PATRICIA A. GAUGHAN |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | <u>STIPULATION FOR DISMISSAL</u> |

We the attorneys for the respective parties, do hereby stipulate that the within action has been settled in accordance with the terms and conditions of the Stipulation for Compromise Settlement which was filed contemporaneously herewith, and that

the case may be dismissed with prejudice, each party to bear its own costs.

|  |  |
|---|---|
| By: _____<br>Patrick J. O'Malley,<br>Keis George LLP<br>55 Public Square, Suite 800<br>Cleveland, OH 44113<br>(216)241-4100<br><br>Attorney for Plaintiff | Respectfully submitted,<br><br>GREGORY A. WHITE<br>United States Attorney<br><br>_____<br>Lori White Laisure<br>Assistant U.S. Attorney<br>Office of the U.S. Attorney<br>801 W. Superior Ave. Ste. 400<br>Cleveland, Ohio 44113<br>(216) 622-3911<br><br>Attorney for Defendant |

IT IS SO ORDERED.

  /s/ Patricia A. Gaughan            4/7/06
UNITED STATES DISTRICT JUDGE